IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAW'S MENSWEAR, INC., | * |
| Plaintiff, | * |
| v. | Case No.  5:19-cv-104-MTT |
| | * |
| H. CRAIG DELONGY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2019, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Putman County, Georgia.

This 23rd day of July, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk